UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE PEARSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MEDICARE/CMS, *et al.*,<br><br>          Defendants. | Case No.   2:20-cv-01719-JAM-JDP<br><br>ORDER DIRECTING THE CLERK OF THIS COURT TO CLOSE THIS CASE DUE TO A VOLUNTARY DISMISSAL<br><br>ECF No. 8<br><br>ORDER DENYING THE REQUEST TO SEAL THE CASE AND DIRECTING THE CLERK OF THIS COURT TO UN-FILE THE COMPLAINTS<br><br>ECF Nos. 1, 5, 6 |

      Plaintiff is proceeding in this action pro se.  On March 1, 2021, plaintiff filed a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  ECF No. 8.

      Plaintiff has also filed a request seeking an order to seal the case.  ECF No. 6.  Plaintiff bears the burden to overcome a "strong presumption in favor of access to court records."  *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).  Upon a showing of good cause, the court may issue a protective order to prevent a party "from annoyance, embarrassment, oppression, or undue burden or expense."  Fed. R. Civ. P. 26(c); *see also* E.D. Cal. L.R. 141 ("Documents may be sealed only by written order of the Court, upon the showing required by applicable law.").  While plaintiff's claims touch upon protected health information,

*see* ECF No. 5 at 3-5, she has not made the necessary showing to justify sealing this case. Nevertheless, out of an abundance of caution, I will order that her complaints be un-filed.

      Accordingly, I hereby order that:

      1. plaintiff's request to seal, ECF No. 6, be denied;

      2. the clerk of this court un-file and remove the complaints from the case, ECF Nos. 1 and 5; and

      3. the clerk of this court close this case.

IT IS SO ORDERED.

Dated:   March 15, 2021

                          JEREMY D. PETERSON
                          UNITED STATES MAGISTRATE JUDGE